**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

November 9, 2009

Clerk, U.S. Bankruptcy Court

RE: Judy A. Reynolds
     Bankruptcy Case No.  1-06-02664
     Unclaimed Funds For: Dell Financial Services
                          3500A Wadley Place
                          Austin TX 78728

Dear Clerk:

Enclosed herewith please find check No.756336 for $536.94 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                              Very truly yours,

                              *Carol A. Kreider*

                              Carol A. Kreider
                              Funds Manager

Case 1:06-bk-02664-MDF    Doc 30    Filed 11/12/09    Entered 11/12/09 09:49:47    Desc